```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 05389
   TONI R COTTON
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5318

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 03/26/2007 and was not confirmed.

   The case was converted to chapter 7 without confirmation 06/18/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL      CURRENT MORTG         .00            .00            .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE     8474.32            .00            .00
HOUSEHOLD FINANCE CORP     CURRENT MORTG         .00            .00            .00
HOUSEHOLD FINANCE CORP     MORTGAGE ARRE     2655.25            .00            .00
AMERICAN GENERAL FINANCE   UNSEC W/INTER     3403.22            .00            .00
CAPITAL ONE                UNSEC W/INTER     3690.38            .00            .00
CAPITAL ONE                UNSEC W/INTER      770.22            .00            .00
CHASE                      UNSEC W/INTER   NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER      462.94            .00            .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER      673.08            .00            .00
CODILIS & ASSOCIATES ^     NOTICE ONLY     NOT FILED            .00            .00
COMCAST                    UNSEC W/INTER   NOT FILED            .00            .00
HSBC                       UNSEC W/INTER   NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS IN   NOTICE ONLY     NOT FILED            .00            .00
US DEPT OF EDUCATION       UNSEC W/INTER   NOT FILED            .00            .00
WORLD FINANCIAL NETWORK    UNSEC W/INTER      319.88            .00            .00
KONSTANTINE T SPARAGIS     DEBTOR ATTY       2,500.00                        828.59
TOM VAUGHN                 TRUSTEE                                            61.41
DEBTOR REFUND              REFUND                                               .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    890.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                  828.59
TRUSTEE COMPENSATION                             61.41
DEBTOR REFUND                                      .00
                         ---------------    ---------------
TOTALS                     890.00               890.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 05389 TONI R COTTON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/04/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 05389 TONI R COTTON